FILED - WAWB
OCT 21 2026 3:04 AM
Sarah E. Bogosian, Clerk of Court

Honorable Christopher M. Alston

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| In re:<br><br>PHILIP A. CORSANO-LEOPIZZI,<br><br>Debtor. | Chapter 7<br>Bankruptcy No. 15-15283-CMA<br><br>DEBTOR'S NOTICE OF CHANGE OF ADDRESS AND CONSENT TO ELECTRONIC SERVICE |

The Debtor, pro se, gives notice of his change of postal address and of his written consent to electronic service.

1. With effect from November 9, 2026, the Debtor's postal address is: c/o Studio Legale Internazionale Bertaggia, Via Aldighieri 10, 44121 Ferrara, Italy. The Debtor asks the Clerk to update the mailing matrix accordingly. Nothing should be sent to his former address in England after that date.

2. The Debtor lives outside the United States, and papers served on him by post have reached him weeks after filing. The Debtor therefore consents in writing, under Fed. R. Civ. P. 5(b)(2)(E) as applied by Bankruptcy Rules 7005 and 9014, to service of all papers in this case by email at pcorsano@gmail.com, and asks the Trustee and his counsel to serve him by that means.

Dated October 21, 2026.

/s/ Philip A. Corsano-Leopizzi
Philip A. Corsano-Leopizzi, Debtor, pro se
c/o Studio Legale Internazionale Bertaggia, Via Aldighieri 10, 44121 Ferrara, Italy
+44 7563 869 772 | pcorsano@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on October 21, 2026 I served this notice on Ronald G. Brown, Chapter 7 Trustee; Rory C. Livesey, The Livesey Law Firm, counsel to the Trustee; and the Office of the United States Trustee, Region 18, by email, rory@liveslaw.com, USTPRegion18@usdoj.gov, rgbrownlaw@outlook.com.

/s/ Philip A. Corsano-Leopizzi